U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 05 2017

TONY R. MOORE
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

Minute Med Clinic Group LLC                    Civil Action 17-00025

versus                                         Judge Rebecca F. Doherty

Absolute MD, LLC, et al               Magistrate Judge Carol B. Whitehurst

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, *R. 14*, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Absolute MD, LLC and John Dailey's 12(b)(1) Motion to Dismiss [Rec. Doc. 5] is **DENIED** and their Alternative Motion To Compel Arbitration and Motion to Stay Proceedings [Rec. Doc. 5] is **GRANTED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this _5th_ day of _May_, 2017.

Rebecca F. Doherty
United States District Judge

IT IS ORDERED that the parties shall provide this Court with a written status update no later than 6 months of the date of this Judgment to advise the Court of the status of the matter.